IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02269-LTB

ANTONIO DWAN WILLIAMS,

    Applicant,

v.

MR. FAUCLK, Warden,
THE STATE OF COLORADO, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 10, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent(s) and against Applicant.

    DATED at Denver, Colorado, this 10 day of September, 2012.

                                       FOR THE COURT,

                                       JEFFREY P. COLWELL, Clerk

                                       By: s/L. Gianelli
                                            Deputy Clerk